Raphael S. Kraw (SBN 83850)
rshannonkraw@kraw.com
Michael J. Korda (SBN 88572)
mkorda@kraw.com
Katherine McDonough (SBN 241426)
kmcdonough@kraw.com
Harjot Kaur (SBN 352125)
hkaur@kraw.com
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation,<br><br>               Plaintiff,<br>       v.<br><br>CALIFORNIA FIELD IRONWORKERS TRUST FUNDS, a voluntary employees benefit association pursuant to 26 u.s.c. §501(c)(9), and does 1 through 25 inclusive,<br><br>               Defendants. | Case No.: 1:24-cv-00819-JLT-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT, TO OPPOSE THE MOTION FOR REMAND, AND TO CONTINUE HEARING ON THE MOTION FOR REMAND**<br>**(L.R.  143 and 144)**<br><br>**(Doc. 17)** |

Plaintiff, VALLEY CHILDREN'S HOSPITAL ("Plaintiff") and Defendant, CALIFORNIA FIELD IRONWORKERS TRUST FUNDS ("Defendant"), hereby stipulate as follows pursuant to Local Rule 144(a):

**RECITALS**

1. Plaintiff filed this action in the Superior Court of California, County of Madera, on May 24, 2024;
2. Defendants filed Notice of Removal on July 15, 2024;
3. Defendants filed a Motion to Remand on August 5, 2024;
4. Plaintiff also filed a First Amended Complaint on August 5, 2024;
5. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the Defendant has until August 19, 2024 to answer or otherwise respond to the First Amended Complaint;
6. Pursuant to Local Rule 230(c), the Defendants have until August 19, 2024, to file a written opposition to the Motion for Remand;
7. No previous extensions of time have been requested in this matter;
8. The parties engaged in a meet and confer session regarding the Motion for Remand and the Defendant's anticipated Motion to Dismiss the First Amended Complaint.
9. The parties believe that further meet and confer discussions could partially or completely resolve the Plaintiff's claims and that a period of two weeks would be sufficient to engage in those meet and confer sessions.
10. An extension of time of two weeks could partially or entirely avoid the Plaintiff and Defendant incurring attorney's fees and costs to litigate this matter if a partial or complete resolution is reached through further meet and confer sessions.

## STIPULATIONS

1. The Defendant shall have until September 3, 2024 to answer or otherwise respond to the First Amended Complaint; and

2. The Defendant shall have until September 3, 2024 to file a written opposition to the Plaintiff's Motion for Remand; and

3. The Hearing on the Motion for Remand currently scheduled for September 12, 2024 at 9:00 a.m. is continued to September 26, 2024 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:	August 15, 2024	KRAW LAW GROUP, APC

/s/ Katherine A. McDonough
Katherine A. McDonough
*Attorneys for Defendants*

Dated:	August 15, 2024	Law Offices of Stephenson, Acquisto & Coleman

****As authorized 8/15/2024	/s/ Jennifer Jiao****
Jennifer Jiao
*Attorneys for Plaintiff*

### ORDER

Pursuant to the foregoing stipulation (Doc. 17), and for good cause shown, the Court HEREBY ORDERS as follows:

1. Defendant shall have until September 3, 2024 to answer or otherwise respond to the First Amended Complaint;

2. Defendant shall have until September 3, 2024 to file a written opposition to the Plaintiff's Motion for Remand; and

JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME (L.R. 143 AND 144)
CASE NO. 1:24-CV-00819-JLT-SKO

3.   As set forth in the Court's standing order, no hearing on the Motion to Remand will be calendared, and the matter will be decided on the papers.

IT IS SO ORDERED.

Dated:   **August 19, 2024**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE